IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DeANDRA K. CASTILLO,

    Plaintiff,

v.                                                      No. 13-cv-0484 SMV/WPL

CITY OF HOBBS,
HOBBS POLICE DEPARTMENT,
CITY OF HOBBS BOARD OF
COMMISSIONERS, J.D. SANDERS,
CHRIS McCALL, JOHN and JANE DOES,
and BLACK and WHITE CORPORATIONS,

    Defendants.

## JUDGMENT

Having granted Defendants' Motion to Dismiss Plaintiff's First Amended Complaint for Civil Rights [Doc. 10] in an order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendants, and this action is **DISMISSED**.

The following claims and Defendants are dismissed *with* **prejudice**:

- Counts I and II against all Defendants;

- All claims against Defendant City of Hobbs Board of Commissioners;

- All claims for alleged discrimination in 2011;

- All Title VII claims against Defendants Sanders and McCall; and

- Count IV against Defendant Sanders for alleged sexual harassment and a hostile work environment in 2008.

The following claims and Defendants are dismissed *without* **prejudice**:

- Count III against Defendant Hobbs Police Department; and
- Count IV against Defendant Sanders for alleged retaliation in 2012.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**